No. 1217, Misc.  ESCARCEGA v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.  *Thomas Lisle Schechter* for petitioner.

No. 1224, Misc.  GONZAGUE v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.  *Morton L. Ginsberg* for petitioner.

No. 1243, Misc.  GRANT v. CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 1245, Misc.  COLLINS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Charles K. Cosner* for petitioner.  *Solicitor General Griswold* for the United States.

No. 1247, Misc.  ALLMAN v. SILBERGLITT, WARDEN. C. A. 2d Cir.  Certiorari denied.

No. 1252, Misc.  HILL v. CRAVEN, WARDEN.  Sup. Ct. Cal.  Certiorari denied.

No. 1254, Misc.  GUIDO v. ILLINOIS.  Sup. Ct. Ill. Certiorari denied.

No. 1283, Misc.  ALERS v. MUNICIPALITY OF SAN JUAN.  C. A. 1st Cir.  Certiorari denied.

No. 1288, Misc.  HANIG v. COX, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.  *Byron N. Scott* for petitioner.

No. 1292, Misc.  GILMORE v. CRAVEN, WARDEN. C. A. 9th Cir.  Certiorari denied.